JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MILO STRAUSBAUGH, | No. ED CV 09-02140-TJH (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| J. F. SALAZAR, | |
| Respondent. | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 15, 2010

TERRY J. HATTER
SENIOR UNITED STATES DISTRICT JUDGE